GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously sued herein as JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANALI AMBRIZ, an individual,

Plaintiff,

v.

LUXURY IMPORTS OF SACRAMENTO, INC., dba SUZUKI OF SACRAMENTO; JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE, and DOES 1 through 100, inclusive,

Defendants.

CASE NO. CV 08 1004 JCS

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 21, 2008

ROPERS, MAJESKI, KOHN & BENTLEY PC

By: ______________________
GEORGE G. WEICKHARDT
PAMELA J. ZANGER
Attorneys for Defendant
JPMORGAN CHASE BANK, N.A. erroneously sued herein as JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco

**CASE NAME:** **Anali Ambriz, an individual v. Luxury Imports of Sacramento, Inc., dba Suzuki of Sacramento, et al.**

**ACTION NO.:** **CV 08 1004 — U.S. District Court, Northern District of California**

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**1. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE THE HONORABLE JOSEPH C. SPERO AND REQUEST FOR REASSIGNMENT TO A UNITED STATED DISTRICT JUDGE**

(BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

**Attys. for Plaintiff**

Parviz Darabi, Esq.
Shelley R. O'Brien, Esq.
Eric Heffelfinger, Esq.
Law Offices of Parviz Darabi
500 Airport Blvd., Suite 100
Burlingame, CA 94010
Tel: (650) 343-5357
Fax: (650) 343-5391

☒ *(Federal)* I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 21, 2008, at San Francisco, California.

Richard Choi

Ropers Majeski Kohn & Bentley
A Professional Corporation
San Francisco