GEORGE G. WEICKHARDT (SBN 58586)
PAMELA J. ZANGER (SBN 168350)
ROPERS, MAJESKI, KOHN & BENTLEY
201 Spear Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 543-4800
Facsimile: (415) 972-6301
Email: gweickhardt@rmkb.com

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., erroneously sued herein as
JPMORGAN CHASE BANK, a New York Corporation dba
CHASE AUTO FINANCE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANALI AMBRIZ, an individual, | CASE NO. CV 08 1004 JSW |
| Plaintiff, | |
| v. | **DISCLOSURE OF INTERESTED PARTIES PURSUANT TO JUDGE WHITE'S ORDER SETTING CASE MANAGEMENT CONFERENCE** |
| LUXURY IMPORTS OF SACRAMENTO, INC., dba SUZUKI OF SACRAMENTO; JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE, and DOES 1 through 100, inclusive, | |
| Defendants. | |

Defendant JPMORGAN CHASE BANK, N.A. (erroneously sued herein as JPMORGAN CHASE BANK, a New York Corporation dba CHASE AUTO FINANCE), pursuant to Judge White's Order Setting Case Management Conference of February 26, 2008, which includes a request for disclosure of interested parties/nonparties, hereby refers to its Certification and Notice

///

///

///

1  of Interested Parties filed with this Court on February 19, 2008.

2

3  Dated: March 12, 2008                    ROPERS, MAJESKI, KOHN & BENTLEY

4

5  By: _____
   GEORGE G. WEICKHARDT
   PAMELA J. ZANGER
6  Attorneys for Defendant
   JPMORGAN CHASE BANK, N.A.,
7  erroneously sued herein as JPMORGAN
   CHASE BANK, a New York Corporation
8  dba CHASE AUTO FINANCE

| | | |
|---|---|---|
| 1 | CASE NAME: | Anali Ambriz, an individual v. Luxury Imports of Sacramento, Inc., dba Suzuki of Sacramento, et al. |
| 2 | ACTION NO.: | CV 08 1004 JSW — U.S. District Court, Northern District of California |

I am a citizen of the United States. My business address is 201 Spear Street, Suite 1000, San Francisco, CA 94105. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

On the date set forth below, following ordinary business practice, I served a true copy of the foregoing document(s) described as:

**DISCLOSURE OF INTERESTED PARTIES PURSUANT TO JUDGE WHITE'S ORDER SETTING CASE MANAGEMENT CONFERENCE**

☐ (BY FAX) by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Francisco, California.

**Attys. for Plaintiff**

Parviz Darabi, Esq.
Shelley R. O'Brien, Esq.
Eric Heffelfinger, Esq.
Law Offices of Parviz Darabi
500 Airport Blvd., Suite 100
Burlingame, CA 94010
Tel: (650) 343-5357
Fax: (650) 343-5391

☒ (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 12, 2008, at San Francisco, California.

_____
Wendy Krog