**United States District Court**
For the Northern District of California

1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7
8          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    ANALI AMBRIZ,
10              Plaintiff,                    No. C 08-01004 JSW
11        v.
12   LUXURY IMPORTS OF SACRAMENTO        **ORDER SETTING BRIEFING**
     INC., dba SUZUKI OF SACRAMENTO, et al.   **SCHEDULE**
13
14              Defendants.
     _____/
15
16          This matter is set for a hearing on May 9, 2008 on the motion to remand filed by
17   plaintiff Anali Ambriz.  The Court HEREBY ORDERS that an opposition to the motion shall be
18   filed by no later than April 3, 2008 and a reply brief shall be filed by no later than April 10,
     2008.
19
20          If the Court determines that the matter is suitable for resolution without oral argument, it
21   will so advise the parties in advance of the hearing date.  If the parties wish to modify this
22   schedule, they may submit for the Court's consideration a stipulation and proposed order
23   demonstrating good cause for any modification requested.
24          **IT IS SO ORDERED.**
25
26   Dated: March 20, 2008                    _____
                                              JEFFREY S. WHITE
27                                            UNITED STATES DISTRICT JUDGE
28

United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28