**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 6, 2008

RE:  CV 08-01004 JSW    ANALI AMBRIZ-v-LUXURY IMPORTS OF SACRAMENTO INC

    Your Case Number: (C07-02403)

Dear Clerk,

    Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

    (x)    Certified copies of docket entries

    (x)    Certified copies of Remand Order

    ()    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,

    RICHARD W. WIEKING, Clerk

    by: Hilary D. Jackson
    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev.  7/92
o:\mrg\civil\remand.mrg