**FILED**
08 MAY 19 PM 1:46

Richard W. Wieking
Clerk

**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



May 6, 2008

RE:  CV 08-01004 JSW    ANALI AMBRIZ-v-LUXURY IMPORTS OF SACRAMENTO INC

   Your Case Number: (C07-02403)

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (x)   Certified copies of docket entries

   (x)   Certified copies of Remand Order

   ()    Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                    Sincerely,

                    RICHARD W. WIEKING, Clerk


                    by:  Hilary D. Jackson
                    Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg